**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**ADAM M. DILTS and RACHEL M. DILTS,**

    **Plaintiffs,**

v.                                                                **Case No: 5:16-cv-453-Oc-37PRL**

**WELLS FARGO BANK, N.A.**

    **Defendant.**

## ORDER

Before the Court is Defendant's motion for a stay. (Doc. 72). The requested stay, in large part, is based on the impact that a recent illness in Plaintiffs' counsel's family has had on discovery, including the scheduling of Plaintiffs' depositions. Today I conducted a telephonic hearing on this request in which Plaintiffs attended, along with their counsel and Defendant's counsel. (Docs. 77, 78). Plaintiffs' counsel stated during the hearing that though he does not oppose the requested stay, his availability has now improved and that the parties plan to schedule dates for Plaintiffs' depositions after the hearing and also plan to confer on other discovery issues. Given Plaintiffs' counsel's improvement in availability and Defendant's right to pursue its defense, the motion (Doc. 72) is due to be **DENIED** for the reasons stated here and during the hearing. Lastly, Plaintiffs themselves are reminded, as I advised them during the hearing, that this case will proceed forward.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on February 15, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties