UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ADAM M. DILTS and RACHEL M. DILTS,

    Plaintiffs,

v.                            Case No: 5:16-cv-453-Oc-37PRL

WELLS FARGO BANK, N.A.

    Defendant.

## ORDER

Defendant filed its second motion to compel discovery on March 13, 2017. (Doc. 81). Because defense counsel had not conferred with Plaintiff's counsel prior to filing the motion, I directed the parties to confer and advise the Court on or before April 3, 2017 as to what issues still remain to be resolved. (Doc. 85). On April 3, 2017, Defendant filed a notice advising that the parties had resolved a number of issues and that it would "give additional notice of a definitive and exhausting list of all issues ripe for judicial intervention promptly after receiving and analyzing Plaintiffs' amended responses on or before April 17, 2017." (Doc. 86). To date, Defendant has not advised the Court that any issues remain to be resolved by the Court. Accordingly, I am going to **terminate** Defendant's second motion to compel. (Doc. 81) Defendant may file a renewed motion to compel if appropriate.

**DONE** and **ORDERED** in Ocala, Florida on May 9, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties